U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED - ALEXANDRIA

AUG 0 3 2007

ROBERT H. SHEMWELL, CLERK
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| JOSEPH TOE, et al. | CIVIL ACTION NO. O6-1350 |
| VERSUS | JUDGE DEE D. DRELL |
| UNITED STATES OF AMERICA<br>Acting through the Department of Defense,<br>for the United States Army | MAGISTRATE JUDGE JAMES D. KIRK |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge filed previously herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS ORDERED** that this case is DISMISSED.

**THUS DONE AND SIGNED**, in chambers, in Alexandria, Louisiana, on this 7th day of August, 2007.

Dee D. Drell
**UNITED STATES DISTRICT JUDGE**